IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CARL D. LEEPER,

                    Petitioner,

          v.                              CASE NO. 17-3157-SAC

WARDEN SAM CLINE,

                    Respondent.


MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion for leave to proceed on appeal in forma pauperis (Doc. #14). Petitioner, a prisoner in state custody, seeks relief from the dismissal of this habeas corpus action.

The Court has examined the motion and directs petitioner to submit a certified financial statement reflecting the amount held in his institutional account. *See* D.Kan.R. 9.1(g)(2)(requiring prisoner applying for leave to proceed in forma pauperis to provide such certification).

IT IS, THEREFORE, BY THE COURT ORDERED petitioner is granted to and including January 5, 2018, to submit a certified financial statement.

**IT IS SO ORDERED.**

DATED:  This 8th day of December, 2017, at Topeka, Kansas.


                              S/ Sam A. Crow
                              SAM A. CROW
                              U.S. Senior District Judge